```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/29/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**LEANDRO RAYNELL PENA,**

                      **Petitioner,**

        - against -

**THOMAS DECKER, in his official capacity
As Director of the New York Field Office of
U.S. Immigration & Customs Enforcement;
CHAD WOLF, in his official capacity as
Acting Secretary, U.S. Department of
Homeland Security,**

                      **Respondents.**
-----------------------------------------------------------X

**20-CV-2482 (ALC)**
<u>**ORDER**</u>

       The hearing scheduled in this matter at 12:30 p.m. on April 8, 2020, will now take place by telephone at the same time and date.

       Plaintiff should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

Dated:     **New York, New York
              March 29, 2020**

                                                  _____
                                                  **ANDREW L. CARTER, JR.
                                                  United States District Judge**