UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LEANDRO R. P., | : | |
| Petitioner, | : | Civ. No. 20-3853 (KM) |
| v. | : | |
| THOMAS DECKER, *et al.*, | : | **AMENDED ORDER** |
| Respondents. | : | |

Presently before the Court is Respondents' request for a modification to this Court's April 17, 2020 order granting Petitioner's Motion for a Temporary Restraining Order and releasing him to home confinement. (DE 31.) Respondents request that the order be modified to include ATD electronic bracelet and telephonic monitoring by Immigration and Customs Enforcement ("ICE") and permission for ICE to place standard release conditions upon Petitioner, such as directing him not to commit any crimes, to report to all court hearings, and to refrain from associating with any gang members. (*Id.*) Petitioner opposes these additional restrictions. (DE 32.) Having considered the request, the Court will impose the additional restrictions for a period of 14 days to allow the parties to brief the matter, if they with, and for the Court to consider their respective positions.

Accordingly, IT IS this 18th day of April, 2020

ORDERED that Petitioner is to be released subject to the following specific conditions:

1. Petitioner shall be restricted to home confinement, but may leave his home for activities such as obtaining food and other necessities; obtaining medical and mental health treatment; and to the extent Petitioner may be authorized to lawfully work in the United States, to perform such work if his employment is deemed essential under the New

      Jersey and New York Governors' executive orders; or with permission of the Court or ICE;

2. Petitioner shall submit to ATD electronic bracelet monitoring, as well as telephonic monitoring as required by ICE in order to protect public safety;

3. ICE may place standard release conditions upon Petitioner, such as directing him not to commit any crimes, to report to all court hearings, and refrain from associating with gang members;

4. Petitioner must comply with any court orders and attend all court dates; and

5. Petitioner must comply with all national, state, and local shelter-in-place and public safety orders, and CDC guidelines regarding COVID-19; and it is further

ORDERED that Petitioner may, at his option, file a written objection within four days, stating why the additional restrictions should not be imposed for the duration of Petitioner's release; and it is further

ORDERED that Respondents may file a reply to Petitioner's submission within two days after it is filed.

      /s/ Kevin McNulty
      _____
      KEVIN MCNULTY
      United States District Judge